March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

Jonathan Castle'    Defendant(s).
-------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

20 -CR- (556)(001)

Defendant __Jonathan Castle__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_____
Defense Counsel's Signature

__Jonathan Castle__
Print Defendant's Name

__Charles Miller__
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

__5/14/21__
Date

/s/ John G. Koeltl
_____
U.S. District Judge/U.S. Magistrate Judge