UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

Jonathan Castle,

           Defendant.

Docket No. 208 1:20CR00556-01 (JGK)

<u>ORDER</u>

Honorable Jennifer Willis, U.S. Magistrate Judge:

    IT IS HEREBY ORDERED:  For the reasons stated on the record during a violation of supervised release presentment hearing held on April 6, 2022, it is hereby ordered that the Federal Bureau of Prisons and Essex County Jail, whichever has direct custody of the supervisee, Jonathan Castle, Register Number 09907-509, provide a comprehensive medical evaluation with PPD results, Covid-19 results, a mental health evaluation, and a psychiatric evaluation with current treatment, prescribed medication, and ability to participate in residential substance use treatment services to the United States Probation Officer identified below no later than fourteen (14) days from the date thereof.  Such evaluations and documentation are required for his assessment for admission to a residential substance use treatment program.

    The evaluations must be forwarded to the attention of U.S. Probation Officer Specialist Hildery Huffman at the U.S. Probation Office, 500 Pearl Street, 6th Floor, New York, NY 10007, Telephone number: (917) 797-3387; Fax Number: (646) 416-5489; Email: Hildery_Huffman@nysp.uscourts.gov.  The Office of the United States Attorney is directed to transmit this Order promptly to the facility where the supervisee is housed.

SO ORDERED.

Dated:    April 7, 2022
              New York, New York

                                                */s/ Jennifer E. Willis*
                                                Honorable Jennifer Willis
                                                U.S. Magistrate Judge