March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                -v-

JONATHAN CASTLE,
                          Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

20-**CR**-556( JGK )(      )

Defendant __JONATHAN CASTLE__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

\_\_\_ Initial Appearance/Appointment of Counsel

\_\_\_ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_ Preliminary Hearing on Felony Complaint

\_\_\_ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

\_\_\_ Plea/Trial/Sentence

_Jonathan Castle_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Jonathan Castle
Print Defendant's Name

_Frank Rothman_
Defense Counsel's Signature

Frank Rothman
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

4/19/2022
Date

[signature]
U.S. District Judge/~~U.S. Magistrate Judge~~