UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

UNITED STATES OF AMERICA

       - against -                     20 Cr. 556 (JGK)

JONATHAN CASTLE,                     ORDER
                Defendant.
---

JOHN G. KOELTL, District Judge:

    The parties should appear for another conference on **May 10, 2022, at 10:30 a.m.**

    The parties should also submit further reports to the Court about whether the defendant is receiving appropriate medical treatment, whether the facility in which he is housed is appropriate for him given his medical condition, and whether a competency evaluation might be appropriate.

SO ORDERED.

Dated: April 19, 2022
       New York, New York

                                            John G. Koeltl
                                    United States District Judge