UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

       - against -                    20 Cr. 556 (JGK)

JONATHAN CASTLE,                    ORDER
                Defendant.

JOHN G. KOELTL, District Judge:

    The parties should appear for another conference on **May 25, 2022**, at **9:00 a.m.**

SO ORDERED.

Dated: May 10, 2022
       New York, New York

                                      John G. Koeltl
                                    United States District Judge