UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

       - against -                      20 Cr. 556 (JGK)

JONATHAN CASTLE,                    <u>ORDER</u>

         Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties should appear for another conference on **July 19, 2022, at 12:00 p.m.**

SO ORDERED.

Dated: May 26, 2022
       New York, New York

                                            John G. Koeltl
                                   United States District Judge