UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

Jonathan Castle,

               Supervisee.

Docket No. 208 1:20CR00556-01 (JGK)

ORDER

Honorable John G. Koeltl, U.S. District Judge:

IT IS HEREBY ORDERED THAT, on Tuesday, June 7, 2022, at or before 9:00 a.m. the United States Marshals Service shall produce Jonathan Castle, Register Number 09907-509, to the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY, to be released to the U.S. Probation Office.

IT IS FURTHER ORDERED that the Federal Bureau of Prisons will release Jonathan Castle with a supply of his currently prescribed medication for medical and psychiatric conditions.

SO ORDERED.

Dated:    June 3, 2022
             New York, New York

                                            Honorable John G. Koeltl
                                            U.S. District Judge